IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


MELISSA ANN DAVIDSON                                                                 PLAINTIFF


V.                              CASE NO. 1:13CV00060 JTK


CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration                                                       DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED,

and ADJUDGED that the final determination of the Commissioner is affirmed.  This case is hereby

dismissed with prejudice.

SO ADJUDGED this 13th day of August, 2014.


_____
UNITED STATES MAGISTRATE JUDGE